THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR16-100RSL |
| Plaintiff, | ) | |
| vs. | ) | AMENDED DEFENSE WITNESS LIST |
| BINGHAM FOX, and, | ) | |
| Defendants. | ) | |

Defendant, Bingham Fox, through his attorney, Barry Flegenheimer, submits the following amended witness list, from which the defense may call to testify at the trial in this matter. The defense reserves the right to amend and supplement this list during the course of the trial.

1. Alfred Andersen
2. Joshua Brandenburger
3. Charles C. Craig
4. Donna M. Desch
5. John Dixon
6. Brian Forsythe
7. John Nes
8. Daniel Parker
9. Andy Peterson
10. Richard Ray

AMENDED DEFENSE WITNESS LIST - 1
*USA v. Fox* / CR16-100RSL

**BELL FLEGENHEIMER**
**119 First Ave. South, Suite 500**
**Seattle, Washington 98104**
**(206)621-8777**

11. Pamela Spencer

12. Joshua T. Swan

13. Thomas A. Tormala, Sr.

14. Aaroch Ray

Defendants also reserve the right to call additional witnesses in response to the Government's witness(es)' testimony and to call as witnesses any persons listed on the Government's witness list, incorporated by this reference herein.

DATED: March 25, 2017.

Respectfully submitted,

s/ *Barry Flegenheimer*
Attorney for Bingham Fox

AMENDED DEFENSE WITNESS LIST - 2
USA v. Fox / CR16-100RSL

**BELL FLEGENHEIMER**
**119 First Ave. South, Suite 500**
**Seattle, Washington 98104**
**(206)621-8777**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to all attorneys of record.

DATED: March 25, 2017.

s/ <em>Melisa Wong</em><br>Melisa Wong, Legal Assistant

AMENDED DEFENSE WITNESS LIST - 3
USA v. Fox / CR16-100RSL

**BELL FLEGENHEIMER**
**119 First Ave. South, Suite 500**
**Seattle, Washington 98104**
**(206)621-8777**